IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHERRY A. ROBINSON | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:21-cv-02112-PX |
| LLOYD J. AUSTIN III, | * | |
| Secretary of Defense | | |
| United States Department of Defense | * | |
| Defendant. | * | |
| | *** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 9th day of May, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion to Dismiss or, in the alternative, for summary judgment (ECF No. 10) filed by Defendant Lloyd J. Austin III, is GRANTED in part and DENIED in part;

2. Plaintiff Sherry A. Robinson's hostile work environment claim is DISMISSED with prejudice; and

3. The Clerk shall TRANSMIT copies of this Memorandum Opinion and Order to the parties.

May 9, 2022  
Date

/s/  
Paula Xinis  
United States District Judge